**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Mondrnea CARROWAY, Defendant—Appellant.**

No. 12–6539.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 24, 2012.

James Mondrnea Carroway, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Mondrnea Carroway appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Carroway,* No. 4:08–cr–01075–RBH–1 (D.S.C. Mar. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*